No. 98–114. A. R. ET AL. *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 98–115. MITCHELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–116. WILKINSON ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–117. RUPP, TRUSTEE *v.* TAYLOR. C. A. 10th Cir. Certiorari denied.

No. 98–118. WISCONSIN RIGHT TO LIFE, INC. *v.* PARADISE, CHAIRMAN, WISCONSIN STATE ELECTIONS BOARD, ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–119. MAY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–120. RECKLIESS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–121. WALKER ET AL. *v.* FEDERAL HOME LOAN MORTGAGE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 98–122. CAMPBELL *v.* HATCHER ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–123. RATCLIFF ET AL. *v.* CAPITAL CITIES/ABC, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–124. BURBANK-GLENDALE-PASADENA AIRPORT AUTHORITY *v.* CITY OF BURBANK ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–125. GOODWIN, INDIVIDUALLY AND AS NEXT FRIEND OF GOODWIN, A MINOR *v.* HALL. Sup. Ct. Wyo. Certiorari denied.

No. 98–129. PROCOPIO, A MINOR, BY AND THROUGH HER NEXT FRIEND AND MOTHER, PROCOPIO *v.* UNIVERSITY SCHOOL OF NOVA SOUTHEASTERN UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.